UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EJ MCPHERSON,

                Plaintiff,

-against-

STATE OF NEW YORK, et al.,

                Defendants.

22-CV-10800 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 27, 2023
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge